# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CALVIN DAVIS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 25-1887** |
| **T-MOBILE** | **SECTION "O"(3)** |

## ORDER

The Court, having considered the Complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** Calvin Davis's § 1983 claims against T-Mobile are **DISMISSED WITH PREJUDICE** as frivolous and/or for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 22nd day of October, 2025.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE